UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 11-3215-PRP (SEALED)
    Plaintiff )
                   ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
Carlos A. Garcia ) 97356-004
    Defendant        USMS NUMBER

****************************************************

TO: Clerk's Office (MIAMI) FT. LAUDERDALE  W. PALM BEACH
    U.S. District Court     FT. PIERCE
               (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE.
****************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 9/13/2011     0838 am/pm

(2) Language Spoken: English, Spanish

(3) Offense(s) Charged: 18 USC 545 Smuggling R-22

(4) U.S. Citizen [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 3/18/60

(6) Type of Charging Document: (check one)
[ ] Indictment [X] Complaint to be filed/(already filed)
Case# 11-3215-PRP

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: SD/FL

COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES  [ ] NO

Amount of Bond: $
Who set Bond:

(7) Remarks:

(8) Date: 09/13/2011   (9) Arresting Officer: Oswaldo Romero
                                        Gildel Casadesus
(10) Agency: EPA-CID   (11) Phone: 786-402-0199
        HSI                                      786-412-0343
(12) Comments: