
FILED by **CF** D.C.
ELECTRONIC

**Sep 22, 2011**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 11-20653-CR-ALTONAGA/SIMONTON
Case No. _____

18 U.S.C. § 545
18 U.S.C. § 2

UNITED STATES OF AMERICA

vs.

CARLOS A. GARCIA,

        **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### Counts 1 - 3
### Unlawful Receipt, Purchase, and Sale of Smuggled Goods
### (18 U.S.C. § 545)

On or about each of the dates listed below, at Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### CARLOS A. GARCIA,

did knowingly receive, buy, sell, and in any manner facilitate the transportation, concealment, and sale of merchandise after importation, knowing the same to have been imported and brought into the United States contrary to law, that is, HCFC-22, in the approximate quantities and fair market values specified with respect to each count, which the defendant knew had been imported and brought into the United States contrary to the Clean Air Act, Title 42, United States Code, Sections 7413(c)(1) and 7671d, and Title 40, Code of Federal Regulations, Part 82:

| Count | Approximate Date | Quantity (Kilograms) | Fair Market Value |
|---|---|---|---|
| 1 | 03/26/2009 | 13,600 | $156,730 |
| 2 | 05/13/2009 | 17,408 | $200,614 |
| 3 | 07/31/2009 | 13,600 | $156,730 |

In violation of Title 18, United States Code, Sections 545 and 2.

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Thomas A. Watts-FitzGerald
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

CARLOS A. GARCIA,

       **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

- X Miami ___ Key West
- ___ FTL ___ WPB ___ FTP

New Defendant(s)    Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect ___

4. This case will take   3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days   X
   - II   6 to 10 days ___
   - III   11 to 20 days ___
   - IV   21 to 60 days ___
   - V   61 days and over ___

   (Check only one)
   - Petty ___
   - Minor ___
   - Misdem. ___
   - Felony   X

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   Yes
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: 11-3215-PRP
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes   X   No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes   X   No

                 _/s/ Thomas O. Watts-Fitzgerald_
                 THOMAS A. WATTS-FITZGERALD
                 ASSISTANT UNITED STATES ATTORNEY
                 Florida Bar# 0273538

*Penalty Sheet(s) attached                                        REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** CARLOS A. GARCIA

**Case No:** _____

Count #: 1

Unlawful Receipt, Purchase, and Sale of Smuggled Goods

18 U.S.C. § 545

**\* Max. Penalty:** 20 years' imprisonment

Counts #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**